# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINA YANDRISEVITZ,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 08-1444 |
| | : | |
| **H. T. LYONS, INC.,** | : | |
| Defendant. | : | |

## ORDER

AND NOW, this __22ND__ day of July, 2009, upon consideration of Defendant H. T. Lyons, Inc.'s Motion for Summary Judgment (Doc. No. 28), Plaintiff Regina Yandrisevitz's Response to the Motion (Doc. No. 30), and Defendant's Reply thereto (Doc. No. 31), it is hereby ORDERED that said Motion is **GRANTED** and **JUDGMENT** is entered in favor of Defendant on all claims asserted in Plaintiff's Complaint.

It is **FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

/s/ Lynne A. Sitarski
LYNNE A. SITARSKI
UNITED STATES MAGISTRATE JUDGE